IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLISON VAN GORP,

    Plaintiff,

  v.

                                    Case No.  19-cv-740-wmc

WALMART STORES, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Walmart Stores, Inc. against plaintiff Allison Van Gorp dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | January 4, 2021 |
| Peter Oppeneer, Clerk of Court | Date |